IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHANNON T. GARY, #171921,                )
                                         )
        Petitioner,                      )
                                         )        CIVIL ACTION NO.
v.                                       )        2:17-CV-706-WHA-SMD
                                         )        [WO]
LEON BOLLING, *et al.,*                   )
                                         )
        Respondents.                     )

**ORDER**

On February 12, 2021, the Magistrate Judge filed a Recommendation that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied and this case be dismissed with prejudice. (Doc. # 18.) Petitioner has filed Objections to the Recommendation. (Doc. # 22.) Upon an independent review of the record and upon consideration of the Recommendation and Petitioner's Objections, it is ORDERED that:

(1) The Objections (Doc. # 22) are OVERRULED;

(2) The Recommendation (Doc. 18) is ADOPTED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this the 16th day of March, 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE